AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

FILED

2019 APR -8 A 10: 16

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. |
| TWO PARCELS IN THE CUSTODY OF THE UNITED | ) | |
| STATES POSTAL SERVICE IN NEW HAVEN, CT. | ) | |
| | ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

see Attachment A, located in New Haven, CT.

located in the _____ District of _____CONNECTICUT_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Currency

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec. 841(a)(1) | Possession with Intent to Distribute Narcotics |
| 18 U.S.C. Sec. 1956(h) | Conspiracy to Launder Monetary Instruments |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Joseph Bunaskavich, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/13/13

/s/ William I. Garfinkel
*Judge's signature*

City and state: Bridgeport, CT.

Hon. William I. Garfinkel, US Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT         :    **FILED UNDER SEAL**

         :

         :    ss. Bridgeport, CT

         :

COUNTY OF FAIRFIELD         :    June 13, 2013

## MASTER AFFIDAVIT IN SUPPORT OF APPLICATIONS
## FOR SEARCH WARRANTS

I, Joseph Bunaskavich, being duly sworn, depose and state as follows:

**I.    INTRODUCTION**

1.  I am a United States Postal Inspector with the United States Postal Inspection

Service and have been so employed since July 2007. Until November 2012, I was

assigned to the Inspection Service's External Crimes Team and the Secret Service

Financial Crimes Task Force.  Since November 2012, I have been assigned to the Fraud

and Prohibited Mail Team. Prior to becoming a United States Postal Inspector, I was a

Special Agent with the United States Secret Service from May 2000 until July 2007.

2.  As a United States Postal Inspector working with the Fraud and Prohibited Mail

Team, my duties and responsibilities include, but are not limited to, the investigation of

shipments or narcotics through the United States Postal Service.  As such, I regularly

conduct surveillance of suspects, identify and inspect suspicious packages and parcels,

work with informants and federal, local and state police narcotics task forces, execute

search warrants and make arrests. I am a law enforcement officer of the United States



within the meaning of Title 18 U.S.C. § 3061, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 21 U.S.C. § 841(a) (1), and other federal offenses.

3.   During the course of my career, I have participated in numerous investigations into suspected narcotics trafficking many of which involved the transportation of narcotics through the United States Mail. Since becoming a United States Postal Inspector, I have been the affiant of approximately 30 search warrants involving the search and seizure of parcels shipped through the mail that contained narcotics.  I have received training from the United States Postal Inspection Service specifically regarding narcotics investigations through the United States Mail.

4.   Based on my training and experience I know that individuals shipping controlled substances via the United States Mail often utilize Express Mail and Priority Mail. Such persons also use fictitious names and/or return addresses in an effort to avoid detection by law enforcement.  While conducting narcotics investigations your affiant has had the opportunity to become familiar with the manner that drug traffickers package illicit proceeds of narcotics.

5.   The information contained in this affidavit is based on my personal participation in the investigation, as well as information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of the search warrant, I have not included each and every fact known to me regarding this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause.

6.   The U.S. Mail is often used by narcotics traffickers to transport controlled substances, as well as U.S. Currency derived from the distribution of controlled substances, either as payment or proceeds. Traffickers know that U.S. Mail Express and Priority Mail are considered First Class Mail and are protected against inspection without a Federal Search Warrant. Additionally, traffickers know that by using Express Mail, they can track the envelopes and have a guarantee of delivery in one or two business days. Traffickers also know that with Express or Priority Mail, any delay in delivery could be an indication that the mailing may have been compromised by law enforcement.

## II.   INVESTIGATION

7.   This affidavit is written in support of an application to obtain search warrants for two U.S Express Mail Parcels EI 844555266 US and EI 756358800 US currently held in the custody of the United States Postal Inspection Service, New Haven, Connecticut. The following contains information relevant to the request:

### A.   Subject Parcel One

8.   On or about June 10, 2013, U.S. Express Mail Parcel EI 844555266 US ("Subject Parcel One") was identified as a parcel possibly containing narcotics proceeds by Postal Inspectors for further investigation. Subject Parcel One is addressed to "Hampton Inn and Suite Atlanta-Downtown, 161 Spring St., Northwest Atlanta, GA 30303 ATT: Joe Gianfortune, and it bears a return address of 29 Main St Danbury, CT 06810.

9.   On June 10, 2013, the return address and name on Express Mail envelope EI844555266 US was searched in Accurint, a "Lexis Nexis" Law Enforcement database which maintains address and zip code information. According to Accurint, the return

address of 29 Main ST., Danbury., CT appears to be a valid address but is associated with

ShopRite Grocery Store. There is no sender's name associated with the mail piece.

Queries of the intended recipient address 161 Spring St., Northwest Atlanta, GA 30303

revealed it is associated with the Hampton Inn and Suite Atlanta-Downtown, 161 Spring

St., Northwest Atlanta, GA

10.     On June 10, 2013, Subject Parcel One was examined by a trained narcotics

detection dog. Subject Parcel One was individually placed among five other similarly

sized parcels prior to the arrival of the handler and canine. Upon examination of the

parcels, the canine alerted to Subject Parcel One. The handler was not informed that the

canine had alerted to Subject Parcel One, and the handler left the area with the canine.

The parcels, including Subject Parcel One, were then rearranged in different positions on

the floor, and the handler and canine were again called into the room. The canine again

alerted to Subject Parcel One, addressed to Hampton Inn and Suite Atlanta-Downtown,

161 Spring St., Northwest Atlanta, GA 30303.

**B.     Subject Parcel two**

11.     On or about June 11, 2013, U.S. Express Mail Parcel EI 756358800 US

("Subject Parcel two") was identified as a parcel possibly containing narcotics proceeds

by Postal Inspectors for further investigation. Subject Parcel two is addressed to Shane

Gibbons 936 E. Duane Av. Sunnyvale, CA 94085 and it bears a return address of " M.D.

Cagle," 215 Joffre Av. Stamford, CT 06905.

12.     On June 11, 2013, the return address and name on Express Mail envelope

756358800 US was searched in Accurint, a "Lexis Nexis" Law Enforcement database

which maintains address and zip code information.  According to Accurint, the return



address of. 215 Joffre Av., Stamford, CT 06905 appears to be a valid address and indicates the sender's name M.D. Cagle is associated with that address. Queries of the intended recipient address 936 E. Duane Av. Sunnyvale, CA 94085 revealed it is a valid address but not associated with Shane Gibbons.

13.     On June 11, 2013, Subject Parcel Two was examined by a trained narcotics detection dog. Subject Parcel Two was individually placed among five other similarly sized parcels prior to the arrival of the handler and canine. Upon examination of the parcels, the canine alerted to Subject Parcel Two. The handler was not informed that the canine had alerted to Subject Parcel Two, and the handler left the area with the canine. The parcels, including Subject Parcel Two, were then rearranged in different positions on the floor, and the handler and canine were again called into the room. The canine again alerted to Subject Parcel Two, addressed to 936 E. Duane Av. Sunnyvale, CA 94085.

14.     The envelopes in question are U.S. Postal Service Express Mail Standard Mailing Envelope and have hand written labels. Per prior mailing patterns observed, traffickers often use this type of Express Mail Envelopes when mailing small amounts of currency and/or other monetary instruments, including money orders. Moreover, firearms and narcotic traffickers will often hand write the address information on the mail piece in question.

15.     Based on prior mailings, traffickers sometimes use real return addresses, especially when mailing currency. Traffickers have also utilized the names and addresses of individuals they know, even without consent, in order to ensure the currency can be

recovered if returned to the sender. Additionally, when mailing currency, traffickers use an existing delivery address as the currency has to be delivered to the intended recipient.

### III.       DESCRIPTION OF THE SUBJECT PARCELS

16.     Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that contained within the below described parcels, there may presently be found contraband and/or evidence of the commission of the offense of Possession with Intent to Distribute and Distribution of Narcotics, in violation of Title 21, United States Code, Section 841(a)(1):

a)      Subject Parcel One is U.S. Express Mail Parcel EI 844555266 US addressed to Hampton Inn and Suite Atlanta-Downtown, 161 Spring St., Northwest Atlanta, GA 30303 ATT: Joe Gianfortune," and bears a return address of  29 Main St,., Danbury, CT 06810. U.S. Express Mail Parcel, EI 844555266 US measures approximately 9.5"x 12"x .05", weighs approximately 14.00 ounces, and bears $19.95 in U.S. Postage; and

b)      Subject Parcel Two is U.S. Express Mail Parcel EI 756358800 US addressed to Shane Gibbons 936 E. Duane Av. Sunnyvale, CA 94085 and bears a return address of M.D Cagle 215 Joffre Av. Stamford, CT 06905. U.S. Express Mail Parcel EI 756358800 US measures approximately 12" x 12" x 12", weighs 3 pounds 1 ounces and bears $50.80 in postage.

17.  The canine that alerted to Subject Parcels One and Two is a. three year-old male, black Labrador named Sterling. Sterling is assigned to Trooper Matthew Funchion of the Connecticut State Police. Sterling was first certified in the Spring, of 2012 and is certified



in the detection of cocaine, crack cocaine, heroin, hashish, marijuana, MDMA, methamphetamine, and steroids. Sterling receives quarterly in-service training sessions.

## IV. CONCLUSION

18.   Based on the above, there is probable cause to believe, and I do believe, that located within Subject Parcels One and two there are contraband, fruits and instrumentalities that constitute evidence of violations of Title 21, United States Code, Section 841(a)(1).  Subject Parcels One and Two are presently in the custody of the U.S. Postal Inspection Service located at 50 Brewery St., New Haven, Connecticut, 06511. Therefore, I respectfully request search warrants be issued to search Subject Parcels One and Two for evidence of illegal narcotics trafficking, and for any and all documentation or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

## V. REQUEST FOR SEALING

19.   Your affiant believes that public disclosure of the within affidavit and the requested search warrants for the above-described parcels may tend to: compromise the investigation; cause suspects to flee in order to avoid apprehension; or to destroy physical evidence or conceal proceeds of criminal activity.  Accordingly, your affiant respectfully requests that the Court direct the United States Attorney's Office to retain this affidavit,



the applications and the search and seizure warrants, and to maintain said documents in a secure place until further order of the Court.

JOSEPH BUNASKAVICH III
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this 13th day of June, 2013.

/s/ William I. Garfinkel
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A - DESCRIPTION OF THE SUBJECT PARCEL

a)      Subject Parcel One is U.S. Express Mail Parcel EI 844555266 US addressed to Hampton Inn and Suite Atlanta-Downtown, 161 Spring St., Northwest Atlanta, GA 30303 ATT: Joe Gianfortune," and bears a return address of  29 Main St,., Danbury, CT 06810. U.S. Express Mail Parcel, EI 844555266 US measures approximately 9.5"x 12"x .05", weighs approximately 14.00 ounces, and bears $19.95 in U.S. Postage; and

b)      Subject Parcel Two is U.S. Express Mail Parcel EI 756358800 US addressed to Shane Gibbons 936 E. Duane Av. Sunnyvale, CA 94085 and bears a return address of M.D Cagle 215 Joffre Av. Stamford, CT 06905. U.S. Express Mail Parcel EI 756358800 US measures approximately 12" x 12" x 12", weighs 3 pounds 1 ounces and bears $50.80 in postage.